UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:03-00201 |
| | ) | Judge Campbell |
| TAZZ SPENCER BOLES | ) | |

## AGREED ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

The Defendant, **TAZZ SPENCER BOLES**, was represented by Peter J. Strianse, Esq.

A hearing was held in this action on March 20, 2014. The Defendant was charged with a violation of a condition of his supervision in the United States Probation Office's *Petition for Warrant or Summons for Offender Under Supervision*. (Docket Entry No. 95).

Pursuant to his admission of the violation in Docket Entry No. 95, the Court finds that the Defendant has violated the conditions of his supervised release. The parties have jointly recommended that the Defendant's supervised release be modified rather than be revoked.

Accordingly, it is the Judgment of this Court that the supervised release of the Defendant be modified and that the Defendant is hereby **ORDERED** to remain in his residence everyday from 7:00 p.m. to 5:30 a.m., for a period of thirty (30) days. Voice Identification shall be used to monitor compliance. The Defendant shall pay the cost of the Voice Identification monitoring at the prevailing rate according to ability as determined by the United States Probation Office.

All Conditions of Supervision imposed in the *Amended Judgment* (Docket Entry 93) on April 30, 2010, are reimposed and remain unchanged. The period of supervised release remains unchanged.

It is so ORDERED.

TODD CAMPBELL
UNITED STATES DISTRICT JUDGE